United States District Court
Southern District of Texas
**ENTERED**
November 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE FILLMORE,<br>TDCJ #1816596,<br><br>*Petitioner,*<br><br>v.<br><br>LORIE DAVIS<br><br>*Respondent.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-19-1193 |

## FINAL JUDGMENT

Willie Fillmore's petition for a writ of habeas corpus for a person in state custody under 28 U.S.C. § 2254 is denied. The case is dismissed with prejudice.

SIGNED at Houston, Texas, on _____Nov 15_____, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE